UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 2:19-cr-00151-1 |
| : | |
| ABDIEL JIMENEZ-MENDEZ, : | |
| Defendant : | |

**O R D E R**

**AND NOW**, this 22nd day of February, 2021, upon consideration of Defendant Abdiel Jimenez-Mendez filed a Motion to Dismiss the Indictment As Violative of the Speedy Trial Act 18 U.S.C. §§ 3161-3174, Pre-Pandemic Orders, *see* ECF No. 204; the briefs related thereto, *see* ECF Nos. 215, 219; and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

Defendant Abdiel Jimenez-Mendez's Motion to Dismiss the Indictment as Violative of the Speedy Trial Act 18 U.S.C. § 3161-3174, Pre-Pandemic Orders, ECF No. 204, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge